# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**JOSHUA A. STRICKLIN**                                                                                          **PLAINTIFF**

**VS.**                              **CASE NO. 4:17CV00058 JM/PSH**

**OVERMAN and ANDREWS,**
**Faulkner County Detention Center**                                                                          **DEFENDANTS**

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Court Judge James M. Moody Jr. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court Clerk within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Joshua A. Stricklin ("Stricklin") filed a complaint and a motion for leave to proceed *in forma pauperis* on January 31, 2017. Docket entries nos. 1 & 2. Shortly thereafter, on February 6, mail was returned as undeliverable to the address provided by Stricklin. Docket entry no. 3. On February 7, the Court directed Stricklin to provide a current mailing address. Docket entry no. 4. When the Court's Order failed to reach Stricklin, another order was entered directing him to again provide a current address. In addition, the Court directed the Arkansas Department of Correction

to send a copy of the Court's Order to Stricklin. Finally, Stricklin was notified that failure to respond to the Court's Order would result in the recommended dismissal of his complaint. Docket entry no. 6. The Court's most recent order was returned undelivered, and Stricklin has not provided his address to the Court. Docket entry no. 7.

Local Rule 5.5(c)(2) provides:

> Parties appearing *pro se*. It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

Stricklin has failed to comply with the Local Rules of the Court. As a result, we recommend the complaint be dismissed without prejudice.

IT IS SO ORDERED this 11th day of April, 2017.

_____
UNITED STATES MAGISTRATE JUDGE