IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOSHUA A. STRICKLIN                                                    PLAINTIFF

VS.                    CASE NO. 4:17CV00058 JM

OVERMAN and ANDREWS,
Faulkner County Detention Center                                       DEFENDANTS

**ORDER**

The Court has received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS SO ORDERED this 28th day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE